*MPN*

**RECEIVED**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

FEB 25 2008  new
2-25-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

William H. Carr

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

#1 Cook County Dept. of Corrections

#2 "John Doe" Maintenance Company

_____

_____

_____

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

**08CV1174**
**JUDGE KENNELLY**
**MAG. JUDGE NOLAN**

Case No:_____
(To be supplied by the <u>Clerk of this Court</u>)

**CHECK ONE ONLY:**

___✓___   **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
**U.S. Code** (state, county, or municipal defendants)

_____   **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
**28 SECTION 1331 U.S. Code** (federal defendants)

_____   **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.    **Plaintiff(s):**

A.    Name: William H. Carr

B.    List all aliases: N/A

C.    Prisoner identification number: #2007-003-4970

D.    Place of present confinement: Cook County Jail

E.    Address: P.O. Box 089002

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.    **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank.  Space for two additional defendants is provided in **B** and **C**.)

A.    Defendant: Cook County Department of Corrections

Title: Management

Place of Employment: Cook County Jail

B.    Defendant: "John Doe" Maintenance Company.

Title: Maintenance

Place of Employment: _____

C.    Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

**III.**   **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.   Name of case and docket number: _____
_____

B.   Approximate date of filing lawsuit: _____

C.   List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
_____
_____
_____

D.   List all defendants: _____
_____
_____
_____

E.   Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

F.   Name of judge to whom case was assigned: _____

G.   Basic claim made: _____
_____
_____

H.   Disposition of this case (for example:  Was the case dismissed?  Was it appealed?  Is it still pending?): _____
_____
_____

I.   Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE.  CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007



Revised 9/2007

IV.    **Statement of Claim:**

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places.  **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

I state and stand by the claim, that on August 28, 2007 between the hours of 8:00 AM and 9:00 AM. I was walking in a common place area in Cook County Jail, Div. 6 Tier 2K. I slipped and fell in a puddle of water, which caused me to hit my head and render me unconscious. Where as I had to be rushed to John H. Stroger Jr. Hospital's emergency room. Due to the negligence on the part of Defendant #1 (CCDOC), by not taking the necessary steps to insure my health and safety. I suffered sever head trauma, and I also have ongoing bouts with excruciating pain in my head, right side, and lower back. Due to the willful neglect of Defendant #2 ("John Doe" Maintenance Co.) by not responding to or repairing the water leak that caused the puddle in a timely fashion. I was subject to undue pain and suffering, also because of Defendants #1 & #2 blatant disregard and diliberate neglect for their jobs I still suffer to this day from pain in my head, side, and lower back. I state and stand by the claim that if the defendants had done their jobs properly none of this would have happened to me. I have also attached copies of my medical reports along with a copy of the grievance I wrote, along with its response.

Revised 9/2007

**V.    Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I humbly request that the court issue an order declaring each defendant pay $100,000 in punitive damages, and $250,000 in compensatory damages each, or whatever insurance company that bonds them from negligence. Pay the sum total of $700,000 or whatever the court feels is fair.

**VI.    The plaintiff demands that the case be tried by a jury.    ☐ YES    ☑ NO**

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __2__ day of __13__ , 20__08__

_William H. Cass_
(Signature of plaintiff or plaintiffs)

_William H. CARR_
(Print name)

_# 2007-003-4970_
(I.D. Number)

_p.o. Box 089002_
_Chicago Il. 60608_
(Address)

Revised 9/2007

Part-A/ Control #: _____ X *Request*

Referred To: *Sup't Div 6*

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: __Carr__    First Name: __William__

ID #: __2007__ - __0034970__  Div.: __VI__  Living Unit: __2K__  Date: __9 / 3 / 07__

BRIEF SUMMARY OF THE COMPLAINT: On August 28, 2007, sometime in the early A.M., while walking through a puddle of water near the telephone area in the Dayroom; I experienced a black-out, after enduring constant throbbing and pressure inside my head, since a traumatic incident, where I fell backward approximately 10' feet, and hitting my head on concrete twice during the fall on August 21, 2007. On August 28, 2007; I vaguely recall losing my footing prior to slipping into unconsciousness; and when I regained semiconsciousness and to my dismay, I was strapped on board, inside of CFD ambulance, being transported to John H. Stroger Jr. Hospital's trauma unit! The standing puddle of water by the telephone area, is commonplace and has not been rectified as of the above-cited date! I'm currently enduring severe pains in my head and over my body! Tier 2K is manned by c/o Foote, Monday-thru-Friday; and certainly knew of the constant and daily water situation and never ____

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: _a work order_
2) Detainee James Carey # 20070015749, conveyed to me that I slipped, hit my head, and fell.  
1) Detainee Derrick Turner # 20070063862, conveyed to me that I slip hit my head and fell to rect___

ACTION THAT YOU ARE REQUESTING:

1) That c/o Foote 7-3 shift, be permanently discharged of her duties as a Cook County Jail Guard

### DETAINEE SIGNATURE: William Carr

C.R.W.'S SIGNATURE: _____    DATE C.R.W. RECEIVED: __9 / 4 / 07__

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.*
*All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

PART – C

## C.C.D.O.C. DETAINEE GRIEVANCE PROCESSED AS A REQUEST

*\* Please note: When processed as a request, PART – B is not applicable. \**

Detainee's Last Name: _____    First Name: _____

ID#: _____ - _____ Div: _6_ Tier/LivingUnit: _2K_

Date of Request: _1_/_3_/_07_    Date C.R.W. Received Request: _1_/_4_/_07_

This Request has been processed by: _____ C.R.W.

**Summary of Request:**

_Detainee concerns that puddle of water by the dayroom area has not been cleaned, submitted complaint._

**Response and/or Action Taken:**

_As I reported the water leak on 2K, there are several leaks that have been reported. Work orders are in. Work order #V-70(4133) submitted on V-6-07, #2 work order submitted 8/24 #V-7(3273-4) in there. As I supervisor the same with Health issues sitting in the dayroom there is no..._

_Ofc. S. Teele #3902_ - _____#3902   Date: _02/14/07_ Div./Dept. _C755_
(Print- name of individual responding)   (Signature of individual responding)

Discharge Summary                                CARR, WILLIAM - 004475626c

* Preliminary Report *

Result Type:        Discharge Summary
Result Date:        August 28, 2007 10:05
Result Status:      In Progress
Performed By:       SMITH, JIMSON on August 28, 2007 10:08
Encounter Info:     0207384462, Stroger, Observation, 8/28/2007 -

## * Preliminary Report *

## TRAUMA DISCHARGE SYNOPSIS

Admission Date:08/28/2007

Discharge Date:08/29/2007
New Adverse drug reaction: _____ No_____Yes

Allergies :                 ___x__No        _____Yes

                            _____

                            _____

Dx #          Discharge Diagnosis

              Mechanical Fall with loss of consciousness

2..           _____

3.            _____

Significant History, Physical Examination and Hospital Course

35 y.o. male presents after slipping on wet floor in Cermak facility, causing him to fall flat to face with
loss of consciousness.   Pt. presented to Trauma Resus boarded and collared with primary survey intact

Discharge Summary                           CARR, WILLIAM - 004475626c

* Preliminary Report *

with a GCS of 15.  Secondary survey was significant for C4 tenderness, tenderness bilaterally in tenderness in lower quadrants of abdoment, tender in L1-L2 region, tender in right hip, tender in bilateral tibia region and patellar regions.  Patient workup consisted of Chest X ray, X-Ray of Pelvis,Bilateral Tibia, Bilateral Knee, which were negative for fracture or dislocation.  Patient also had a CT Head which was read as negative and a CT Face and CT C-Spine which was also negative for fracture or dislocation. Pt had a CT abdomen with recon views of the thoracic and lumbar spine which was negative for any hematoma, intraabdominal injury , or fluid in pelvis and had no fracture or dislocation of thoracic or lumbar vertebrae .  After CT C-Spine was read as negative patient C-Spine was cleared clinically. Secondary to patient LOC, patient was admitted to OBS for 24 hour neuro checks.

Operative Procedures:

Procedure#_____Date_____Procedure_____

Procedure#_____Date_____Procedure_____

Procedure#_____Date_____Procedure_____

Discharge Status Code:
   1.  _____ Home
   2.  _____ Expired
   3.  _____ OFH
   4.  __x__ Cermak
   5.  _____ Nursing Home
   6.  _____ AMA
   7.  _____ Other

**Discharge Medications**:

# Discharge Summary

CARR, WILLIAM – 004475626c

* Preliminary Report *

**CONTINUE the following medications:**

**START taking the following medications:**
Acetmainophen 500 mg po q6 prn for pain

**STOP taking the following medications:**

Vaccinations Given in Hospital:

Tests Results Pending on Discharge:

Follow up Appointments:

Clinics-Clinic Name & Number/Date&Time/ Name of MD :

Trauma Clinic Clinic E September 5, 2007 @ 1:00 PM

Future Tests:

Special Instructions // Wound/Drain Care

Discharge Summary

CARR, WILLIAM - 004475626c

\* Preliminary Report \*

Sign Name:

Completed By:Smith 713-2237

Attending MD:_____Pager #_____

**Signature Line**
 Electronically Signed by:  JIMSON SMITH

Electronically Signed By:  FREDERIC  STARR
                                    SH - Trauma - Attending Physician

Discharge Summary

**CARR, WILLIAM - 004475626c**

* Preliminary Report *

**Completed Action List:**
* Transcribe by DICKIE, SARA on August 28, 2007 10:08
* Perform by SMITH, JIMSON on August 28, 2007 10:08  Proxy Prsnl DICKIE, SARA
* Modify by DICKIE, SARA on August 28, 2007 10:10
* Modify by DICKIE, SARA on August 28, 2007 10:22
* Modify by DICKIE, SARA on August 28, 2007 10:32
* Modify by SMITH, JIMSON on August 28, 2007 12:04
* Modify by SMITH, JIMSON on August 29, 2007 10:32
* Modify by ESPINOZA, TAMARA on August 29, 2007 11:05

John H. Stroger, Jr. Hospital
of Cook County

# PATIENT DISCHARGE SUMMARY OF CONDITION / ME INSTRUCTIONS

**Destination:**
☐Home: _____
☒Other: _Rehab_____

**Mode of Transportation**
☐Car  ☐Public
☒Other _Police_
Person accompanying patient _____

**Diagnosis(es) / Surgery / Major Procedures:**
_MS Current LBP  Sprain w/low loss_
_comb w/ smrs_

**Mobility:** ☒Ambulatory ☐Other: _____
☐Wheelchair ☐Stretcher

**VS's:** B/P: 114/71  Pulse: 57  Resp: 18  Temp: 9x5

**Skin:** ☒Intact  ☐Wound: Type/location(s)/Wound Care _____

**IV Device Removed:** ☒Yes ☐N/A ☐No / Reason: _____

**Activity:** ☒Resume regular activities ☐Restrictions: _____

**Diet:** ☒Continue Pre-Procedure/Hospitalization Diet ☐Special Diet(specify): _____

**Other Instructions:** ☐Smoking Cessation ☐Weight Monitoring

### MEDICATIONS:

☐ Not taking Medications, No Prescriptions Given

| MEDICATIONS | DOSAGE / TIME / ROUTE | PURPOSE | SIDE EFFECTS |
|---|---|---|---|
| 1) Acetaminophen | 500 mL  by mouth every 6 hours for | Pain window/or | Necessary |

☐ Prescriptions given to patient / family  ☐ Medications given to patient/family  ☐Prescriptions sent to Outpatient Pharmacy/Patient to pick up prescriptions from Window #___

☐Medication Information Sheets given that explain medication purpose and side effects.
☐Patient Education Materials given titled: _____

### IF YOUR HAVE QUESTIONS OR NEED INFORMATION, PLEASE CALL AT 2-386- ____ or go directly to the Emergency Room.

**FOLLOW - UP APPOINTMENTS:**

Clinic: _Trauma Clinic E_     Date: _on Sept. 5, 2007_   at _1 pm_   Time: _1 pm_

Clinic: _____     Date: _on_ _____  at _____   Time: _____

☐Pt./Family verbalizes understanding of instructions ☐Pt./Family verbalizes understanding of condition/diagnosis. ☐Pt./Family demonstrates/verbalizes ability for continued home care.

**Comments:** _____

Patient/Family member signature: _William Carr_     Date: _8-29-07_
I've read or had these instructions read to me and understood them and have received a copy of the form.

Nurse Print/Sign Name: _Aaron Marik Reg Cog_  Time: _1125_  Date: _8/29/07_

Form #: 1313  Rev. January 2005
White Copy: Chart  Yellow Copy: Patient/Family

Pt/n=-CARR, WILLIAM
DOB-04/12/1972 Age-- 35Y FC - IM/28/2007
Acc#-D20738-4462 SHCC Trauma  MRH004475626c

☐ Dish
☐ Scan

**JOHN H. STROGER, JR. HOSPITAL**
1901 W. HARRISON ST • CHICAGO, ILLINOIS 60612
(312) 864-6000
**EMERGENCY SERVICES**
**AES/PEDS/ASC**

*cc pul*
*102*

| Last Name | First Name | M.I. | PATCON # | DATE | TIME |
|---|---|---|---|---|---|
| CARR | WILLIAM | | 2073844462 | 8/28/07 | 934 |

**I.D.**

| Address | City | State | Zip Code | Phone 312 |
|---|---|---|---|---|

| Unit Number | Birth Date | Age | Sex | Race | Marital Status | Religion | Social Security Number | Lang. Code |
|---|---|---|---|---|---|---|---|---|
| 4475626 | 4-12-72 | | | | | | | |

| Fin. Class | Ins. Local | Insurance Name | | Pol/Subscrib/Recip # | Group/Case ID # |
|---|---|---|---|---|---|

**INFO**

| Subscriber's Name | | Relationship |
|---|---|---|

Consent Agreement Seeking medical examination, diagnosis and treatment of myself, or the patient of whom I am guardian or parent, for alleviation of the following compliant(s) of pain or ill being, I do hereby request, authorize and consent to such physical diagnostic procedures as may enable, aid or assist physicians at John H Stroger, Jr. Hospital to determine the causes of the following complaints and/or symptoms, and to provide such treatment as may be required.

| Patient Brought to JSH From | AW | + | − |
|---|---|---|---|
| How/Sq. Amb. Bdg. | SC | + | − |
| Information Obtained From | CD | + | − |

Signature _____ Relation _____

**TRIAGE**

| Medications: | Allergies | CPD Beat # | Past Medical History |
|---|---|---|---|
| | | Star # | |
| | | Talks ☐ Coh. ☐ Incoh. ☐ Unable | |
| | | Ambulatory ☐ Yes ☐ No | Triage Time: RN Signature |
| | Last Tetanus | HT | WT | Triage Problem List |

Triage Problem List: 1 _____ 3 _____

| BP | Temp. | Pulse | Resp. | LNMP |
|---|---|---|---|---|

2 _____ 4 _____

| | Triage To | Severity Score | Next of Kin |
|---|---|---|---|

**Time to Area**

| Time Seen (Military Time) | | HEALTH CARE PROVIDER (Clinic & MD Name): |
|---|---|---|

**HISTORY**

| TIME | ORDERS | Completed |
|---|---|---|
| | | Time | RN |

**PHYSICAL EXAM**

Consult/Time

Primary MD/NP (Print & Sign Name)



**John H. Stroger, Jr. Hospital of Cook County**
1901 W. Harrison St., Chicago, Illinois 60612-9985, Telephone 312/864-6000



## TRAUMA HISTORY & PHYSICAL

PATIENT NAME William  Carr                MRN_____

AGE 34 YRS    SEX (M)/ F

DATE 8/28/07    FRONT ROOM ARRIVAL TIME 9:30 HRS
TRANSFER? Y / N    FROM  C K O

**MECHANISM OF INJURY / CHIEF COMPLAINT**
34 y/o Cauc. M slipped on wet floor and fell on his face
(+) LOC, (+) Ambulatory at site.

**SCENE DATA  (ie: VS, CONDITION OF VEHICLE, BLOOD LOSS,  DEATHS)**
_____
_____
_____

**CONDITION IN FRONT ROOM & IMMEDIATE TX ( ie. TRANSFUSIONS, IV FLUIDS, TUBES, LINES)**
Boarded & collared
_____
_____

LAST MEAL  Breakfast this morning

**PAST MEDICAL HISTORY**
PREVIOUS INJURIES / SURGERIES / ILLNESSES     (DM, HTN, TB, ASTHMA, BLEEDING, Etc).
Ø
_____
_____

OB / Gyne Hx  (OR N/A)
    LAST LMP_____    G P A_____    PREGNANCY TEST    + / -
    LAST Pap Smear_____    CURRENT GESTATION_____

ALLERGIES   NKDA          MEDICATIONS   Ø

LAST TETANUS  > 3 yrs. ago

**FAMILY HISTORY**
FAMILIAL DISEASES
    ( CHECK )   DM ✓  HTN ✓  TB___  CAD___  CVA___  SICKLE CELL ___

    OTHER_____
PSYCHOSOCIAL Hx:
    SIGNIFICANT OTHERS   (ie. ?SPOUSE, ?GUARDIAN)  at Cook County Jail
_____
_____

GANG / CRIME RELATED INCIDENT?    Y /(N)

DOMESTIC VIOLENCE ISSUES
    ABUSED WOMAN SCREEN    + / -
    PEDIATRIC SCREEN    + / -

SOCIAL WORK CONSULT    Y /(N)

FORM: F-958  REVISED NOV 12 98

IMPRINT PLATE

PtNm-CARR, WILLIAM
DOB-04/12/1972 Age- 35Y FC-Self Pay 08/28/2007
Act#0207384462 SHCC Trauma  MR#004475626c

**John H. Stroger, Jr. Hospital of Cook County**
1901 W. Harrison St., Chicago, Illinois 60612-9985, Telephone 312/864-6000



PAGE 2 / 4

DRUG USE Hx _____ *None*

ALCOHOL Hx     __ DELERIUM TREMENS / __ SEIZURES Hx   (CHECK IF APPLICABLE)
QUANTITATE: _____ 0 _____ DRINKS PER DAY / WEEK
C. A. G. E.   SCORE __0__ /4
                                                    (? CANDIDATE FOR ETOH DRIP)
RELIGION _____ *None* _____ EDUCATION LEVEL _____

**REVIEW OF SYSTEMS**
( HEENT, Resp, CARDIAC, GI, GU, Gyne, MSK, Neuro, Psych Issues)
*(Rt) rib-rib tenderness (Lt + (Rt) knee pain, (Rt) Lower quadrant abd. tenderness*
*(Lt) Rt rib-rib pain*

**PHYSICAL EXAMINATION**
APPEARANCE  ( intoxicated?)    A o ()x 3, NAD
Ht _5'5"_    Wt _210_
VITALS    B/P _154_ / _98_ mmHg    HR _64_ bpm    temp _98.8_ °
HEENT / NECK _∅ JVD, ∅ carotid bruits_
CHEST & BREAST _Lungs CTA (B)_
CVS _RRR ∅ m_
ABD _(+) Lower quadrant abd. pain_
PELVIS _+ Rt pelvic pain over ISIS_
RECTAL / VAGINAL/PERINEUM _good rectal tone ∅ blood_
BACK _+ Lower thoracic - upper lumbar tenderness_
MSK / EXTREMITIES _moves all extrm well ∅ c/c/e_
NEURO _CN II - XII intact_

|  | LEFT | RIGHT | dtrs |
|---|---|---|---|
| PUPILS (SIZE / REACTIVE) | 2mm react. | 2 mm reactive | |
| CRANIAL NERVES | intact | intact | ( - / + / ++) |
| SENSORY LEVEL | intact | intact | |
| MOTOR LEVEL | intact | intact | |

GLASGOW COMA :     EYE _4_     VERBAL _5_     MOTOR _6_     BEST SCORE _15_
SPONTANEOUS – 4     ORIENTED – 5     OBEYS - 6
VOICE - 3     CONFUSED – 4     LOCALIZED - 5
PAIN - 2     INAPPROPRIATE - 3     WITHDRAWS – 4
NONE – 1     INCOMPREHENS - 2     FLEXES - 3
                     NONE - 1     EXTENDS - 2
                     INTUBATED - T     NONE - 1

VASCULAR     (D / - / + / ++)

|  | CAROTID | RADIAL | FEMORAL | DP | POST TIB | ABI'S |
|---|---|---|---|---|---|---|
| RIGHT | 2+ | 2+ | 2+ | 2+ | 2+ | |
| LEFT | 2+ | 2+ | 2+ | 2+ | 2+ | |

IMPRINT PLATE

FORM: F-958 REVISED NOV 12 98



**John H. Stroger, Jr. Hospital of Cook County**
1901 W. Harrison St., Chicago, Illinois 60612-9985, Telephone 312/864-6000

**PAGE 3 / 4**

BURN / WOUND DIAGRAM

  

**PERCENT
SURFACE AREA BURN** _____

## LABORATORY RESULTS

$$\frac{140}{4.1} \bigg| \frac{106}{27} \diagdown 102 \text{ glucose} \quad \begin{array}{c} 14 \\ PT\ 12.1 \\ PTT\ 29.4 \end{array} \bigg\rangle 0.9 \qquad 5.9 \diagup\diagdown \begin{array}{c} 14.1 \\ 040 \\ 42.3 \end{array}$$

ABG    pH        PCO2        PO2  1.0   HCO3        O2 Sat        FIO2

U/A _____

ETOH LEVEL _____        Ser OSMOLS _____

TOXICOLOGY SCREEN _____

ECG RESULT _____

ADDITIONAL LABS _____

_____

## RADIOLOGY RESULTS

**PLAIN XRAY**

☒ C SPINE    *negative*
☒ CXR    *negative*
☒ PELVIS _____
☒ TLS    *negative*
☒ ETREMITIES  *Rt +Lt knee, Tib-fib*
___ FACE _____
___ OTHER _____

**SPECIALS**

☒ CT HEAD    *negative*
☒ CT ABDO    *negative*
___ ARCH _____
___ ABD U/S _____
___ ECHO _____
___ IVP / CYSTOGRAM _____
☒ OTHER  *CT face    negative*

## PROCEDURES

___ DPL :      TAP  +/-        CELL COUNT :    RBC _____    WBC _____
___ CHEST TUBES    LEFT / RIGHT / BILATERAL                (? FILLED OUT DATA SHEETS)
___ ED THORACOTOMY    LEFT / RIGHT / BILATERAL
___ INTUBATION / CRICOTHYROIDOTOMY
        ET / TRACH  SIZE _____
        VENT SETTINGS  MODE / RATE _____ VT _____ FIO2 / PEEP _____

        INTUBATION DRUGS _____
                         _____
                         _____

**IMPRINT PLATE**

FORM: F-958 REVISED NOV 12 98

 **John H. Stroger, Jr. Hospital of Cook County**
1901 W. Harrison St., Chicago, Illinois 60612-9985, Telephone 312/864-6000

 PAGE 4/4

## ASSESSMENT / LIST OF INJURIES

(+) Lower quadrant abd. pain, (+) Rt + Lt knee pain, (+) Rt tib-fib pain, (+) LOC, (+) HA - face + frontal, (+) lower thoracic, upper lumbar pain, (+) Rt pelvic tenderness over ASIS.

## PLAN / DISPOSITION / CONSULTS

CT head/face to R/O fx or TBI - was negative for blood or bone fx
CT abdomen to R/O blunt abd. injury - was negative for free air or bleed
C-spine to R/O neck injury - negative for fx
T-L-S to R/O fx - negative
X-ray B/L knees + tib/fib to R/O fx - negative
pelvis xray - negative for fracture or displacement

**CORONOR?** Y / N/A    TIME CALLED_____ HRS
**ROBI?** Y / N/A    TIME CALLED_____ HRS
**RESPONSE**_____

**RESIDENT**
(SIGNATURE / PRINT NAME / ID # / PAGER#)   Smith   / 713-2232

## ATTENDING NOTE

35 yo ♂ unrestrained fell from standing (+) LOC
GCS 15    154/78    HR 64
CXR neg    pelvis neg    CT abd neg    L/S recon neg
CTC-S neg    then / cleared clinically
CT head neg    CT face neg
Admit to obs for neuro √'s

**ATTENDING**
(SIGNATURE / PRINT NAME / ID# / PAGER#)   Smith

IMPRINT PLATE

FORM: F-958 REVISED NOV 08

John H. Stroger, Jr. Hospital
of Cook County

## Inpatient Progress Notes

| DATE-TIME | Prob. No. | Date and Sign all Notations | Side 1 |
|---|---|---|---|
| 8/28/07 | 1915 | Report given to & accepted by oncoming shift RN. Pt. called on police hold. No complaints @ this time. _____ Lindsy RN | |
| 8/28/07 | 1115 | Pt. received as O x 3 s/p Fall. Hemo ↑ Q2°. VSS Pt. on police hold. Continue tomorrow. _____ RN | |
| 8/29/07 | 0830 | Hemo ↓ due Q2° & stable. Pt. C&O x 3 (GCS 15.) Pt. had uneventful night. NSS. Pain relieved. Pt. remained on police hold. Possible D/C back to cermak. _____ RN | |
| 8/29/07 | 0730 PM | Discharge Pending. ... Religious ... ... LOC ... A&O x 3 ... ... extremities, c̄ c/o ... R hip area. ... will chance @ ... AS ... ... room or care. On police ... seen and evaluated by Trauma Services for discharge today. — Dean Ryan RN | |
| | 1130 | Discharge pending. ... Discharge ... ... discharge instruction ... ... / ... Appt. Schwarz ... understanding, ... Patient given to cermak ... ... | |
| | 1200 | Discharge ... / ... in any ... distress. Given to cermak c̄ officers. — Dean Ryan RN 7 | |

S = Subjective          P = Problem

O = Objective            A = Assessment

A = Assessment          I = Intervention

P = Plan                     E = Evaluation

PtNm-CARR, WILLIAM
DOB-04/12/1972 Age~ 35Y FC~Self Pay 08/28/2007
Acct#0207384462 SHCC Trauma  MR#004475626c

Form #: 247  Rev: March, 2004

**John H. Stroger, Jr. Hospital of Cook County**

# Inpatient Progress Notes



| DATE-TIME | Prob. No. | Date and Sign all Notations | Side 1 |
|---|---|---|---|

8/29/07
9:00

Trauma OBS note

S: Pt. has Ø acute complaints. Pt has no headache.
Ø N/V.

Tylenol #3
Lovenox

O: 98.8 - 99.2   60-78   16-20   120-134/75-88

Gen: Pt in NAD
HEENT: Ø oral lesions; pupils 2+, PERRL
CV: S₁S₂ present; Ømurmurs
Resp: CTAB
Abd: Obese, soft, NT
Ext:

A/P: 35 y.o. male with mechanical fall w/ ⊕LOC

Dx: new ⊕LOC -- Pt had ⊖CT Head and ⊖CT C-Spine
Neuro checks end @ 0945. Pt. stable As dispo to
Cermak.

_[signature]_
7.9.9.3?

8/29/07   9:15   _[signature]_

full/loc
neuro's complete now

_[signature]_ Spann

---

**S** = Subjective     **P** = Problem

**O** = Objective     **A** = Assessment

**A** = Assessment     **I** = Intervention

**P** = Plan     **E** = Evaluation

PtNm–**CARR, WILLIAM**
DOB–04/12/1972 Age– 35Y FC–Self Pay 08/28/2007
Act#0207384462 SHCC Trauma  MR#004475626c

Form #: 247  Rev: March, 2004

Flowsheet Print Request

Patient: CARR, WILLIAM
MRN: 00094173z

Date Range: 8/27/2007 14:48 - 9/18/2007 14:48

Printed by: TOWNSEND-HAYNES, TAMARA
Printed on: 9/17/2007 14:50

| Result | 8/29/2007 12:35 | 8/28/2007 12:54 | 8/28/2007 11:37 | 8/28/2007 11:29 | 8/28/2007 10:54 | 8/28/2007 10:05 |
|---|---|---|---|---|---|---|
| **Diagnostic Radiography** | | | | | | |
| Chest PA Portable | | | Chest PA F | | | |
| Knee Bilateral | | | In Progress | | | |
| Pelvis | | | In Progress | | | |
| Tibia/Fibula Bilateral | | | In Progress | | | |
| **CT Scan** | | | | | | |
| CT Abdomen Pelvis | | | | In Progress | | |
| CT Cervical Spine | | | | CT Cervica | | |
| CT Facial Bones | | | | In Progress | | |
| CT Head | | | | In Progress | | |

Flowsheet Print Request

Printed by: TOWNSEND-HAYNES, TAMARA

Patient: CARR, WILLIAM
MRN: 00094173z

Date Range: 8/27/2007 14:48 - 9/18/2007 14:48

Printed on: 9/17/2007 14:49

| Results | 8/29/2007 12:35 | 8/28/2007 12:54 | 8/28/2007 11:37 | 8/26/2007 11:29 | 8/28/2007 10:54 | 8/28/2007 10:05 |
|---|---|---|---|---|---|---|
| **General Chemistry** | | | | | | |
| Na | | | | | 140 | |
| K | | | | | 4.1 | |
| Cl | | | | | 106 | |
| CO2 | | | | | 27 | |
| Anion Gap | | | | | 7 | |
| Glucose serum | | | | | 102 | |
| BUN | | | | | 14 | |
| Creat | | | | | 1.0 | |
| Ca | | | | | 9.2 | |
| **General Hematology** | | | | | | |
| WBC | | | | | 5.9 | |
| RBC | | | | | 5.40 | |
| HGB | | | | | 14.1 | |
| HCT | | | | | 42.3 | |
| MCV | | | | | 78.4 L | |
| MCH | | | | | 26.1 L | |
| MCHC | | | | | 33.3 | |
| RDW | | | | | 13.3 | |
| PLT | | | | | 240 | |
| Neutrophil % | | | | | 54.8 | |
| Lymphocytes % | | | | | 32.7 | |
| Monocytes % | | | | | 10.1 | |
| Eosinophil % | | | | | 1.9 | |
| Basophil % | | | | | 0.5 | |
| Neutrophil # | | | | | 3.3 | |
| Lymphocytes # | | | | | 1.9 | |
| Monocytes # | | | | | 0.6 | |
| Eosinophil # | | | | | 0.1 | |
| Basophil # | | | | | 0.0 | |
| **Urinalysis** | | | | | | |
| Color Um | YELLOW | | | | | |
| Appearance | SLHAZY | | | | | |
| Spec Gravity Um | 1.021 | | | | | |
| pH Um | 7.5 | | | | | |
| Protein Um | NEGATIVE | | | | | |
| Glucose Um | NEGATIVE | | | | | |
| Ketones Um | NEGATIVE | | | | | |
| Bilirubin Um | NEGATIVE | | | | | |
| Blood Um | NEGATIVE | | | | | |
| Nitrite Um | NEGATIVE | | | | | |
| Urobilinogen | NORMAL | | | | | |
| Leukocyte Esterase | NEGATIVE | | | | | |
| Bacteria | FEW | | | | | |
| Epithelial Cells | 2 | | | | | |
| Mucous | FEW | | | | | |
| RBC Um | 1 | | | | | |
| **Coagulation** | | | | | | |

Flowsheet Print Request

Patient: CARR, WILLIAM
MRN: 00094173z

Printed by: TOWNSEND-HAYNES, TAMARA

Date Range: 8/27/2007 14:48 - 9/18/2007 14:48

Printed on: 9/17/2007 14:49

| Results | 8/29/2007 12:35 | 8/28/2007 12:54 | 8/28/2007 11:37 | 8/28/2007 11:29 | 8/28/2007 10:54 | 8/28/2007 10:05 |
|---|---|---|---|---|---|---|
| Prothrombin Time | | | | | 12.1 L | |
| INR | | | | | 0.90 | |
| PTT | | | | | 29.4 | |

Chest PA Portable                                    **CARR, WILLIAM - 004475626c**

Final Report *

Result Type:          Chest PA Portable
Result Date:          August 28, 2007 11:37
Result Status:        Modified
Result Title:         Chest AP Portable
Verified By:          SOBTI, PAMELA on August 28, 2007 14:19
Encounter info:       0207384462, Stroger, Observation, 8/28/2007 - 8/29/2007

## * Final Report *

**Reason For Exam**
2-Chest Pain

**FINDINGS**
Chest portable study.

Heart is normal in size.  Lungs show no consolidation.  The hila and the CP angles are unremarkable.

**IMPRESSION**
Impression: Unremarkable portable chest x-ray.

_____

Signed by: PAMELA SOBTI
Date:  Tuesday, August 28, 2007
Time:  14:19:26

**Signature Line**
****FINAL REPORT****
Reading Radiologist:  SOBTI, PAMELA
Electronically Signed by:  SOBTI, PAMELA
On:  08/28/2007 2:19 pm

**Completed Action List:**
* Order by Contributor_system, GE PACS on August 28, 2007 09:44
* Perform by MAHMUD, AMAN on August 28, 2007 11:37

Printed by:     **TOWNSEND-HAYNES, TAMARA**                    Page 1 of 2
Printed on:     9/17/2007 14:49                                (Continued)

chest PA Portable                    CARR, WILLIAM - 004475626c

* Final Report *

* VERIFY by SOBTI, PAMELA on August 28, 2007 14:19

CT Cervical Spine w/o Contrast                          CARR, WILLIAM - 004475626c

\* Final Report \*

Result Type:          CT Cervical Spine w/o Contrast
Result Date:          August 28, 2007 11:29
Result Status:        Auth (Verified)
Result Title:         CT Cervical Spine w/o Contrast
Verified By:          PETRY, MARVIN W on August 28, 2007 13:01
Encounter info:       0207384462, Stroger, Observation, 8/28/2007 - 8/29/2007

## \* Final Report \*

**Reason For Exam**
Neck Pain

**FINDINGS**
CT of the cervical spine without contrast:

History: Neck pain.

Multiple axial images as well as sagittal and coronal reformatted images were obtained.

The cervical vertebrae are normal in stature with no evidence of fracture or dislocation.  There is no prevertebral soft tissue swelling.  No significant degenerative changes are noted.

**IMPRESSION**
Impression: No evidence of fracture or dislocation.

Signed by: MARVIN PETRY
Date:  Tuesday, August 28, 2007
Time:  13:01:11

**Signature Line**
\*\*\*\*FINAL REPORT\*\*\*\*
Reading Radiologist: PETRY, MARVIN W
Electronically Signed by: PETRY, MARVIN W
On: 08/28/2007 1:01 pm

Printed by:     TOWNSEND-HAYNES, TAMARA                          Page 1 of 2
Printed on:     9/17/2007 14:50                                  (Continued)

T Cervical Spine w/o Contrast

CARR, WILLIAM - 004475626c

Final Report *

**Completed Action List:**
Order by SELANDER, DAVID on August 28, 2007 09:44
* Perform by ALEXANDER, ANDRE G on August 28, 2007 11:29
" VERIFY by PETRY, MARVIN W on August 28, 2007 13:01