08CV1174
JUDGE KENNELLY
MAG. JUDGE NOLAN

MHW

FILED
FEB 2 5 2008
2-25-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

I'VE NO ACCESS to a copy machine please get the necessary copies needed for each defendant and the judge and clerk

Thank you very much

God Bless

Charge me

William H. Carr
20070034978